**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Benjamin J. Fuchs (SBN 320793)
bfuchs@clarksonlawfirm.com
Kiryl Karpiuk (SBN 359697)
kkarpiuk@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACY MERRELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA CRYSTALS CORPORATION and FANJUL CORPORATION,<br><br>Defendants. | Case No.:<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BENJAMIN J. FUCHS REGARDING VENUE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 1780(d)** |

I, Benjamin J. Fuchs, declare as follows:

1. I am a senior associate at Clarkson Law Firm, P.C., and counsel of record for Plaintiff. I am licensed to practice in this District, and I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Pursuant to 28 U.S.C. Section 1391, venue in this Court is proper this matter is brought on a basis of diversity jurisdiction; the claims at issue arose in this District (as Plaintiff purchased Defendants' Products in reliance on Defendants' label claims from a retailer in Santa Cruz County within the District); and Defendants were and are doing business in this District.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Dated: March 5, 2025                    */s/ Benjamin J. Fuchs*
                                        Benjamin J. Fuchs