**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Benjamin J. Fuchs (SBN 320793)
*bfuchs@clarksonlawfirm.com*
Kiryl Karpiuk (SBN 359697)
*kkarpiuk@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACY MERRELL, individually and on behalf of all others similarly situated, | Case No. 5:25-cv-02264-SVK |
| Plaintiffs, | *Assigned to Magistrate Judge Susan van Keulen* |
| v. | |
| FLORIDA CRYSTALS CORPORATION and FANJUL CORPORATION, | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Defendants. | |

TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiff Macy Merrell ("Plaintiff") submits this Certification of Conflicts and Interested Entities or Persons pursuant to Civil L.R. 3-15.

The undersigned hereby certifies on behalf of Plaintiff that, as of this date, Plaintiff and Plaintiff's counsel of record are unaware of any persons, associations of persons, firms, partnerships, corporations (including parent corporations), and other entities, other than the putative class members in this action, that may have either: (i) a financial interest of any kind in the subject matter in controversy or in any party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED: March 5, 2025

**CLARKSON LAW FIRM, P.C.**

By: */s/ Benajmin J. Fuchs*
Ryan J. Clarkson, Esq.
Bahar Sodaify, Esq.
Benjamin J. Fuchs, Esq.
Kiryl Karpiuk, Esq.

*Attorneys for Plaintiff*