UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Macy Merrell, et al.,
Plaintiff,

v.

Florida Crystals Corporation, et al.,
Defendants.

Case No. 5:25-cv-02264

**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**

On behalf of (party name) Plaintiff Macy Merrell, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Benjamin J. Fuchs (SBN 320793), Law Office of Benjamin J. Fuchs.

Name(s) of counsel withdrawing from representation and firm name:

Ryan J. Clarkson (SBN 257074); Bahar Sodaify (SBN 289730); Kiryl Karpiuk (SBN 359697); Alan Gudino (SBN 326738), Clarkson Law Firm, P.C.

Date: April 28, 2025

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: April 29, 2025

UNITED STATES MAGISTRATE JUDGE SUSAN VAN KEULEN

United States District Court
Northern District of California