**FAEGRE DRINKER BIDDLE & REATH LLP**
WHITNEY A. THOMPSON (SBN 336655)
whitney.thompson@faegredrinker.com
SARAH L. BREW *(Pro Hac Vice)*
sarah.brew@faegredrinker.com
TYLER A. YOUNG *(Pro Hac Vice)*
tyler.young@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Defendants
FLORIDA CRYSTALS CORP.
and FANJUL CORP.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACY MERRELL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA CRYSTALS CORP. and FANJUL CORP.,<br><br>Defendants. | Case No. 5:25-cv-02264-SVK<br><br>Hon. Susan van Keulen<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT**<br><br>[Filed Concurrently with Motion to Dismiss Complaint and Declaration of Tyler A. Young in Support Thereof]<br><br>Complaint Filed:     March 5, 2025 |

**[PROPOSED] ORDER**

Having considered the papers filed in support of, and in opposition to, Florida Crystals Corp. and Fanjul Corp.'s Motion to Dismiss Plaintiff's Complaint, the Court hereby orders that the motion to dismiss is **GRANTED**. Plaintiff's Complaint is dismissed in its entirety and with prejudice.

Date: _____        _____
                                   Hon. Susan van Keulen
                                   United States Magistrate Judge