**FAEGRE DRINKER BIDDLE & REATH LLP**
WHITNEY A. THOMPSON (SBN 336655)
*whitney.thompson@faegredrinker.com*
SARAH L. BREW *(Pro Hac Vice)*
*sarah.brew@faegredrinker.com*
TYLER A. YOUNG *(Pro Hac Vice)*
*tyler.young@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Defendants
FLORIDA CRYSTALS CORP.
and FANJUL CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACY MERRELL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA CRYSTALS CORP. and FANJUL CORP.,<br><br>Defendants. | Case No. 5:25-cv-02264-SVK<br><br>Hon. Susan van Keulen<br><br>**DECLARATION OF TYLER A. YOUNG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>[Notice of Motion and Motion, Memorandum of Points and Authorities; Request for Judicial Notice; and [Proposed] Order, filed concurrently herewith]<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Date: Tuesday, August 26, 2025<br>Time: 10:00 A.M.<br>Dept: Courtroom 6, Floor 4<br><br>Complaint Filed: March 5, 2025<br>FAC Filed: June 12, 2025 |

I, TYLER A. YOUNG, declare and state as follows:

1. I am a partner with Faegre Drinker Biddle & Reath LLP. I have been admitted *pro hac vice* in this matter and am counsel of record for Defendants Florida Crystals Corp. and Fanjul Corp ("Defendants"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify truthfully to these facts.

2. I make this declaration in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

3. Attached as **Exhibit A** is a true and correct copy of the press release *Florida Crystals Consumer Brand Gets Award-Winning New Look!*, FLORIDA CRYSTALS CORP., https://www.floridacrystalscorp.com/news/Florida-Crystals-Consumer-Brand-Gets-New-Look.

4. Attached as **Exhibit B** is a true and correct copy of the product label for Florida Crystals Organic Raw Cane Sugar (2 lbs.), the precursor to Florida Crystals Regenerative Organic Raw Cane Sugar, that was used on that product before August 2021.

5. Attached as **Exhibit C** is a true and correct copy of the product label for Florida Crystals Organic Raw Cane Sugar (2 lbs.), the precursor to Florida Crystals Regenerative Organic Raw Cane Sugar, that was used on that product between August 2021 and June 2023.

6. Attached as **Exhibit D** is a true and correct copy of the product label for Florida Crystals Regenerative Organic Raw Cane Sugar (2 lbs.) that has been used on the product from June 2023 to present.

7. Attached as **Exhibit E** is a true and correct copy of the product label for Florida Crystals Organic Light Brown Raw Cane Sugar (1.8 lbs.), the precursor to Florida Crystals Regenerative Organic Light Brown Sugar, that was used on that product before August 2021.

8. Attached as **Exhibit F** is a true and correct copy of the product label for Florida Crystals Organic Light Brown Raw Cane Sugar (1.8 lbs.), the precursor to Florida Crystals Regenerative Organic Light Brown Sugar, that was used on that product between August 2021 and June 2023.

9. Attached as **Exhibit G** is a true and correct copy of the product label for Florida

Crystals Regenerative Organic Light Brown Sugar (1.8 lbs.) that has been used on the product from June 2023 to present.

10. Attached as **Exhibit H** is a true and correct copy of the product label for Florida Crystals Organic Powdered Raw Cane Sugar (1 lb.), the precursor to Florida Crystals Regenerative Organic Powdered Sugar, that was used on that product before August 2021.

11. Attached as **Exhibit I** is a true and correct copy of the product label for Florida Crystals Organic Powdered Raw Cane Sugar (1 lb.), the precursor to Florida Crystals Regenerative Organic Powdered Sugar, that was used on that product between August 2021 and June 2023.

12. Attached as **Exhibit J** is a true and correct copy of the product label for Florida Crystals Regenerative Organic Powdered Sugar (1 lb.) that has been used on that product from June 2023 to present.

13. Attached as **Exhibit K** is a true and correct copy of the product label for Florida Crystals Turbinado Cane Sugar (2 lbs.) that was used on that product before August 2021.

14. Attached as **Exhibit L** is a true and correct copy of the product label for Florida Crystals Turbinado Cane Sugar (2 lbs.) that was used on that product between August 2021 and June 2023.

15. Attached as **Exhibit M** is a true and correct copy of the product label for Florida Crystals Turbinado Cane Sugar (2 lbs.) that has been used on that product from June 2023 to present.

16. Attached as **Exhibit N** is a true and correct copy of the product label for Florida Crystals Raw Cane Sugar (2 lbs.) that was used on the product between before August 2021.

17. Attached as **Exhibit O** is a true and correct copy of the product label for Florida Crystals Raw Cane Sugar (2 lbs.) that was used on that product between August 2021 and June 2023.

18. Attached as **Exhibit P** is a true and correct copy of the product label for Florida Crystals Raw Cane Sugar (2 lbs.) that has been used on that product from June 2023 to present.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2025, in Minneapolis, Minnesota.

/s/ *Tyler A. Young*
TYER A. YOUNG

# EXHIBIT A

ABOUT US
SUSTAINABILITY
OUR OPERATIONS
NEWS
CAREERS



# Florida Crystals® Consumer Brand Gets Award-Winning New Look!






Press Release

As the only grower of organic sugarcane in the U.S., Florida Crystals is excited to launch a fresh look for our consumer brand that highlights our organic offerings and reflects six decades of sustainably growing sugarcane on our family-owned farms and crafting cane sugars.

"For decades, we've grown, harvested and milled sugarcane, giving us full visibility of how our specialty cane sugars are crafted," said Paula Summers, Vice President of Marketing. "We're dedicated to creating happiness by giving people pure sweetness they can feel good about with every bite. And, we wanted the Florida Crystals® logo and product packaging to help share our brand's unique story."

The Florida Crystals sunburst logo has represented our company and the Florida Crystals consumer brand since 1998, proudly embodying our legacy as leaders in the sugarcane industry and sustainable agriculture. While the brands have been intertwined over the past two decades, each has evolved. Florida Crystals' corporate brand will retain the iconic sunburst logo, and we are excited to now showcase our new consumer brand identity with a fresh new look.

FLORIDA CRYSTALS®

Corporate Logo

SINCE 1960 FLORIDA CRYSTALS®

Consumer Logo

The new consumer logo and design feature natural hues and sugarcane stalks at the forefront to represent the brand's commitment to sustainability and providing sweetness that is organic, homegrown and minimally processed. Within the logo, consumers will discover a hidden bird that pays tribute to the more than 800 barn owls that call our farms home and help control pests naturally –a symbol of our innovative and sustainable farming approach.

Florida Crystals' new packaging design is an award winner of Graphic Design USA's 2021 American Package Design Awards in the Food and Beverage category. The new design includes a larger product window, giving consumers a peek at the sweetness inside; organized certifications to ease understanding of each product's key attributes; and an origin statement to let consumers know that the sugar comes from sugarcane grown on family-owned farms. The back of package shares our farming practices, as well as a design element that highlights products that are homegrown sustainably.

As a part of our commitment to reducing waste, the recyclable sugar pouches and jugs now feature a How2Recycle label to guide consumers to recycle properly.

"Today's consumers want to know more about the products they buy as they become increasingly invested in their purchasing decisions," said Sr. Brand Marketing Manager Corina Flushing. "They're choosing ingredients that are not only clean and minimally-processed, but that are traceable and offer transparency. Florida Crystals has full transparency in each step of our sugarcane's journey, from our family-owned farms, to our mills, to our bags, and we're able to showcase that on the new packaging!"

Find Florida Crystals® new packaging on the shelves at local grocery stores across the country and online this fall.

For recipes, baking tips, product information and to preview the new packaging, visit FloridaCrystals.com.



©2025 FLORIDA CRYSTALS CORPORATION. ALL RIGHTS RESERVED

©2025 FLORIDA CRYSTALS CORPORATION. ALL RIGHTS RESERVED

SINCE 1960 FLORIDA CRYSTALS®

ABOUT US
CAREERS
SITEMAP
OUR OPERATIONS
CONTACT US
LEGAL
PRIVACY
SUSTAINABILITY
RETAIL

# EXHIBIT B


Earth Friendly. Uniquely Delicious.
GROWN & HARVESTED IN THE USA
ORGANIC
FLORIDA CRYSTALS
RAW CANE SUGAR
RECYCLABLE PACKAGING
NET WT 32 OZ (2 LB) 907g

# EXHIBIT C


Minimally Processed • Unrefined
FROM ORGANIC SUGARCANE
SINCE 1960
FLORIDA
CRYSTALS
ORGANIC
Raw Cane Sugar

# EXHIBIT D


FARMING to HELP SAVE the PLANET
PURE SWEETNESS for COOKING & BAKING
FLORIDA CRYSTALS
REGENERATIVE ORGANIC
Raw Cane Sugar


FLORIDA CRYSTALS®
SWEETNESS you can FEEL GOOD about
As farmers of Regenerative Organic Certified® land, we lead the fight for a cleaner, greener future.
Why Regenerative Agriculture?
GOOD FOR THE SOIL & THE AIR
Carbon belongs in the soil – not the air we breathe. Regenerative farming pulls carbon from the air and stores it in the soil ( climate change, soil).
GOOD FOR BIODIVERSITY
We build local habitats for pollinators ( ) and birds (like and ) to protect your foods - day and night.
GOOD FOR TASTY FOOD
Healthier soil. Happier plants. Now, that's sweet ( ).
FOLLOW US ON SOCIAL MEDIA: @floridacrystalssugar @floridacrystals
FOR RECIPES
Find out more at floridacrystals.com
NUTRITION FACTS
About 113 servings per container
Serving size 2 tsp (8g)
Amount per serving
Calories 30
% Daily Value*
Total Fat 0g 0%
Sodium 0mg 0%
Total Carbohydrate 8g 3%
Total Sugars 8g
16%†
Protein 0g
* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
†One serving adds 8g of sugar to your diet and represents 16% of the Daily Value for Added Sugars.
INGREDIENT:
Organic Raw Cane Sugar.
Distributed by Domino Foods, Inc., West Palm Beach, FL 33401
0 75779 31114 5

# EXHIBIT E


Earth Friendly. Uniquely Delicious.
GROWN & HARVESTED IN THE USA
ORGANIC LIGHT BROWN
FLORIDA CRYSTALS
RAW CANE SUGAR
RECYCLABLE PACKAGING
NON GMO Project VERIFIED
NET WT 24 OZ (1 LB 8 OZ) 680g

# EXHIBIT F


Minimally Processed • Unrefined
FROM ORGANIC SUGARCANE
SINCE 1960
FLORIDA CRYSTALS
ORGANIC LIGHT BROWN
Raw Cane Sugar

# EXHIBIT G


PURE SWEETNESS
— for —
COOKING & BAKING
FARMING to HELP SAVE the PLANET
Our farms help fight climate change
— & build healthy soil —
GROWN IN THE U.S.
SINCE 1960
FLORIDA CRYSTALS®
REGENERATIVE ORGANIC
Light Brown Sugar
USDA ORGANIC
NON GMO Project VERIFIED
Regenerative Organic Certified
BRONZE
NET WT. 24 oz (1 lb 8 oz) | 680 g


FLORIDA CRYSTALS®
SWEETNESS you can FEEL GOOD about
As farmers of Regenerative Organic Certified® land, we lead the fight for a cleaner, greener future.
Why Regenerative Agriculture?
GOOD FOR THE SOIL & THE AIR
Carbon belongs in the soil - not the air we breathe. Regenerative farming pulls carbon from the air and stores it in the soil ( climate change, soil).
GOOD FOR BIODIVERSITY
We build local habitats for pollinators ( ) and birds (like and ) to protect your foods - day and night.
GOOD FOR TASTY FOOD
Healthier soil. Happier plants. Now, that's sweet ( ).
FOLLOW US ON SOCIAL MEDIA:
@floridacrystalssugar
@floridacrystals
FOR RECIPES
Find out more at
floridacrystals.com
NUTRITION FACTS
About 85 servings per container
Serving size 2 tsp (8g)
Amount per serving
Calories 30
% Daily Value*
Total Fat 0g 0%
Sodium 0mg 0%
Total Carbohydrate 8g 3%
Total Sugars 8g
Includes 8g Added Sugars 16%
Protein 0g
* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS:
Organic Raw Cane Sugar, Organic Molasses.
Distributed by Domino Foods, Inc., West Palm Beach, FL 33401
Certified Organic by Quality Assurance International
0 75779 31118 3

# EXHIBIT H


Earth Friendly. Uniquely Delicious.
ORGANIC POWDERED
FLORIDA CRYSTALS
RAW CANE SUGAR
with organic cornstarch
RECYCLABLE PACKAGING
NON GMO
NET WT 16 OZ (1 LB) 453g

# EXHIBIT I


SINCE 1960
FLORIDA CRYSTALS
ORGANIC POWDERED
Raw Cane Sugar

# EXHIBIT J


FARMING to HELP SAVE the PLANET
Our farming helps fight climate change
— & build healthy soil —
PURE SWEETNESS — for — ICING & FROSTING
GROWN IN THE U.S.
SINCE 1960
FLORIDA CRYSTALS®
REGENERATIVE ORGANIC
Powdered Sugar
USDA ORGANIC
Regenerative Organic Certified®
BRONZE
NET WT. 16 oz (1 lb) | 453 g


FLORIDA CRYSTALS®
SWEETNESS you can FEEL GOOD about
As farmers of Regenerative Organic Certified® land, we lead the fight for a cleaner, greener future.
Why Regenerative Agriculture?
GOOD FOR THE SOIL & THE AIR
Carbon belongs in the soil - not the air we breathe. Regenerative farming pulls carbon from the air and stores it in the soil ( climate change, soil).
GOOD FOR BIODIVERSITY
We build local habitats for pollinators ( ) and birds (like and ) to protect your foods - day and night.
GOOD FOR TASTY FOOD
Healthier soil. Happier plants. Now, that's sweet ( ).
NUTRITION FACTS
About 15 servings per container
Serving size 1/4 cup (30g)
Amount per serving
Calories 120
% Daily Value*
Total Fat 0g 0%
Sodium 0mg 0%
Total Carbohydrate 30g 11%
Total Sugars 29g
Includes 29g Added Sugars 58%
Protein 0g
Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, vitamin D, calcium, iron and potassium
* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
INGREDIENTS: Organic Raw Cane Sugar, Organic Cornstarch.
Distributed by Domino Foods, Inc., West Palm Beach, FL 33401
FOLLOW US ON SOCIAL MEDIA: @floridacrystalssugar @floridacrystals
FOR RECIPES
Find out more at floridacrystals.com

# EXHIBIT K


Earth Friendly. Uniquely Delicious.
GROWN & HARVESTED IN THE USA
TURBINADO
FLORIDA CRYSTALS
CANE SUGAR
RECYCLABLE PACKAGING
NON GMO Project VERIFIED
NET WT 32 OZ (2 LB) 907g

# EXHIBIT L


SINCE 1960
FLORIDA CRYSTALS
TURBINADO
Cane Sugar

# EXHIBIT M


PURE
SWEETNESS
— for —
BEVERAGES
& TOPPINGS
FARMING to HELP SAVE the PLANET
Our farms help fight climate change
— & build healthy soil —
GROWN IN THE U.S.
SINCE 1960
FLORIDA
CRYSTALS
TURBINADO
Cane Sugar
REGENERATIVELY
FARMED
NON GMO VERIFIED
NET WT. 32 oz (2 lb) | 907 g


FLORIDA CRYSTALS®
SWEETNESS you can FEEL GOOD about
As farmers at the forefront of Regenerative Agriculture in the United States, we lead the fight for a cleaner, greener future.
Why Regenerative Agriculture?
GOOD FOR THE SOIL & THE AIR
Regenerative farming pulls carbon from the air and stores it in the soil ( climate change, soil).
GOOD FOR BIODIVERSITY
We build local habitats for pollinators () and birds (like and ) to protect your foods - day and night.
GOOD FOR TASTY FOOD
Healthier soil. Happier plants. Now, that's sweet ().
FOLLOW US ON SOCIAL MEDIA:
@floridacrystalssugar
@floridacrystals
FOR RECIPES
Find out more at floridacrystals.com
NUTRITION FACTS
About 113 servings per container
Serving size 2 tsp (8g)
Amount per serving
Calories 30
% Daily Value*
Total Fat 0g 0%
Sodium 0mg 0%
Total Carbohydrate 8g 3%
Total Sugars 8g
16%†
Protein 0g
* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
†One serving adds 8g of sugar to your diet and represents 16% of the Daily Value for Added Sugars.
INGREDIENT:
Turbinado Cane Sugar.
Distributed by Domino Foods, Inc., West Palm Beach, FL 33401
0 75779 31116 9

# EXHIBIT N


Earth Friendly. Uniquely Delicious.
GROWN & HARVESTED IN THE USA
USA GROWN
FLORIDA CRYSTALS
RAW CANE SUGAR
RECYCLABLE PACKAGING
NON GMO Project VERIFIED
NET WT 32 OZ (2 LB) 907g

# EXHIBIT O


Minimally Processed • Unrefined
SINCE 1960
FLORIDA CRYSTALS
Raw Cane Sugar

# EXHIBIT P


FARMING to HELP SAVE the PLANET
Our farms help fight climate change
— & build healthy soil —
PURE SWEETNESS — for — COOKING & BAKING
GROWN IN THE U.S.
SINCE 1960
FLORIDA CRYSTALS
Raw Cane Sugar
REGENERATIVELY FARMED
NON GMO Project VERIFIED
NET WT. 32 oz (2 lb) | 907 g


FLORIDA CRYSTALS®
SWEETNESS you can FEEL GOOD about
As farmers at the forefront of Regenerative Agriculture in the United States, we lead the fight for a cleaner, greener future.
Why Regenerative Agriculture?
GOOD FOR THE SOIL & THE AIR
Regenerative farming pulls carbon from the air and stores it in the soil ( climate change, soil).
GOOD FOR BIODIVERSITY
We build local habitats for pollinators ( ) and birds (like and ) to protect your foods - day and night.
GOOD FOR TASTY FOOD
Healthier soil. Happier plants. Now, that's sweet ( ).
NUTRITION FACTS
About 113 servings per container
Serving size 2 tsp (8g)
Amount per serving
Calories 30
% Daily Value*
Total Fat 0g 0%
Sodium 0mg 0%
Total Carbohydrate 8g 3%
Total Sugars 8g
16%†
Protein 0g
* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
† One serving adds 8g of sugar to your diet and represents 16% of the Daily Value for Added Sugars.
INGREDIENT:
Raw Cane Sugar.
Distributed by Domino Foods, Inc., West Palm Beach, FL 33401
FOLLOW US ON SOCIAL MEDIA:
@floridacrystalssugar
@floridacrystals
FOR RECIPES
Find out more at
floridacrystals.com
0 75779 31112 1