# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACY MERRELL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA CRYSTALS CORP. and FANJUL CORP.,<br><br>Defendants. | Case No. 5:25-cv-02264-SVK<br><br>Hon. Susan van Keulen<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  March 5, 2025<br>FAC Filed:  June 12, 2025 |

## [PROPOSED] ORDER

Having considered the papers filed in support of, and in opposition to, Florida Crystals Corp. and Fanjul Corp.'s Motion to Dismiss Plaintiff's First Amended Complaint, the Court hereby orders that the motion to dismiss is **GRANTED**. Plaintiff's First Amended Complaint is dismissed in its entirety and with prejudice.

Date: _____          _____
                                                                                                 Hon. Susan van Keulen
                                                                                                 United States Magistrate Judge