UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

MACY MERRELL,
Plaintiff,
v.
FLORIDA CRYSTALS CORPORATION,
Defendant.

Case No. 25-cv-02264-SVK

**CASE MANAGEMENT ORDER**

This case came on for an Initial Case Management Conference on June 9, 2026, at which the Court issued the following orders and deadlines.

The discovery limits of the Federal Rules of Civil Procedure shall apply in this case. A party may seek to enlarge the limits only upon a showing of good cause identifying the specific additional discovery requests or depositions the party seeks and the reasons for seeking enlargement of the discovery limits.

| **Scheduled Event** | **Date** |
|---|---|
| Last Day to File Stipulated Protective Order and Stipulated ESI Order | June 30, 2026 |
| Last Day to Move to Amend Pleadings | September 30, 2026 |
| Close of Fact Discovery | March 1, 2027 |
| Expert Disclosures | March 30, 2027 |
| Rebuttal Expert Disclosures | April 29, 2027 |
| ADR Completion (private ADR) | April 30, 2027 |
| Further Case Management Conference | May 11, 2027 at 9:30 a.m.<br>Joint CMC statement due May 4, 2027 |

United States District Court
Northern District of California

| | |
|---|---|
| Close of Expert Discovery | May 31, 2027 |
| Last Day to File Class Certification Motion | June 15, 2027 |
| Last Day to File Opposition to Class Certification Motion | July 22, 2027 |
| Last Day to file Reply in Support of Motion for Class Certification | August 12, 2027 |
| Hearing on Motion for Class Certification | Pursuant to Court's schedule |

**SO ORDERED.**

Dated: June 9, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge