**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MACY MERRELL, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>FLORIDA CRYSTALS CORP.<br><br>        Defendant. | Case No.: 5:25-CV-02264-SVK<br><br>Hon. Susan van Keulen<br>Courtroom 6, 4th Floor<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO EXTEND TIME TO SUBMIT PROTECTIVE ORDER AND ESI PROTOCOL**<br><br>[Filed concurrently with Stipulation and Declaration of Tyler A. Young]<br><br><br>Complaint Filed:  March 5, 2025<br>FAC Filed:          June 12, 2025<br>SAC Filed:          January 9, 2026 |

~~[PROPOSED]~~ ORDER GRANTING
STIPULATION TO EXTEND TIME TO SUBMIT
PROTECTIVE ORDER AND ESI PROTOCOL

Case No. 5:25-CV-02264-SVK

**[PROPOSED] ORDER**

After considering the Stipulation to Extend Time to Submit Protective Order and ESI Protocol, and finding good cause thereof, the Court GRANTS the request and ORDERS as follows:

The time to submit the stipulated protective order and stipulated protocol governing the discovery of electronically stored information is extended by one week, from June 30, 2026, to and including July 7, 2026.

**IT IS SO ORDERED**.

Date: June 30, 2026

_____
Magistrate Judge Susan Van Keulen