UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Macy Merrell                    ,

Plaintiff(s),

v.

Florida Crystals Corp.          ,

Defendant(s).

Case No. 5:25-cv-02264-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jonathan B. Nace , an active member in good standing of the bar of Maryland , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Macy Merrell in the above-entitled action. My local co-counsel in this case is Benjamin Fuchs , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 320793 .

1 Church St., Ste. 802, Rockville, MD 20850
MY ADDRESS OF RECORD

2323 Broadway, Oakland, CA 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 780-5153
MY TELEPHONE # OF RECORD

(510) 542-9201
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jon@nidellaw.com
MY EMAIL ADDRESS OF RECORD

ben@bjflegal.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0712120101 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/06/2026

Jonathan B. Nace
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jonathan B. Nace is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    July 7, 2026

UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# Supreme Court of Maryland

## Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twelfth day of December, 2007,

### *Jonathan Barry Nace*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the second day of August, 2026.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this third day of June, 2026.

*Gregory Hilton*

———————————————————
Clerk of the Supreme Court of Maryland