# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MACY MERRELL, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

FLORIDA CRYSTALS CORP.

Defendant.

Case No.: 5:25-CV-02264-SVK

Hon. Susan van Keulen
Courtroom 6, 4th Floor

~~[PROPOSED]~~ ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO SUBMIT PROTECTIVE ORDER AND ESI PROTOCOL

[Filed concurrently with Stipulation and Declaration of Tyler A. Young]

Complaint Filed: March 5, 2025
FAC Filed:        June 12, 2025
SAC Filed:        January 9, 2026

## [PROPOSED] ORDER

After considering the Second Stipulation to Extend Time to Submit Protective Order and ESI Protocol, and finding good cause thereof, the Court GRANTS the request and ORDERS as follows:

The time to submit the stipulated protective order and stipulated protocol governing the discovery of electronically stored information is extended by one week, from July 7, 2026, to and including July 14, 2026.

**IT IS SO ORDERED**.

Date: July 7, 2026

Hon. Susan Van Keulen
United States Magistrate Judge

[PROPOSED] ORDER GRANTING SECOND
STIPULATION TO EXTEND TIME TO SUBMIT        - 2 -        Case No. 5:25-CV-02264-SVK
PROTECTIVE ORDER AND ESI PROTOCOL