**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MACY MERRELL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA CRYSTALS CORP.<br><br>Defendant. | Case No.: 5:25-CV-02264-SVK<br><br>Hon. Susan van Keulen<br>Courtroom 6, 4th Floor<br><br>**~~[PROPOSED]~~ ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO SUBMIT PROTECTIVE ORDER**<br><br>[Filed concurrently with Stipulation and Declaration of Tyler A. Young]<br><br>Complaint Filed: March 5, 2025<br>FAC Filed: June 12, 2025<br>SAC Filed: January 9, 2026 |

**~~[PROPOSED]~~ ORDER**

After considering the Third Stipulation to Extend Time to Submit Protective Order, and finding good cause thereof, the Court GRANTS the request and ORDERS as follows:

The time to submit the stipulated protective order is extended by three days, from July 14, 2026, to and including July 17, 2026. No further extensions will be granted.

**IT IS SO ORDERED**.

Date: July 15, 2026

Susan van Keulen

Hon. Susan Van Keulen
United States Magistrate Judge